

FILED

NOV 2 1 2019

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Plaintiff,<br>vs.<br><br>USDA ANIMAL AND PLANT HEALTH SERVICE; JANEY L. BUCKNELL, in her official capacity as Deputy Administrator, USDA APHIS Wildlife Services,<br><br>Defendants. | CV 19–187–DLC<br><br>ORDER |

Before the Court is Plaintiff Wildearth Guardians Motion for Admission of Jennifer Rose Schwartz *Pro Hac Vice* with Sarah McMillan to act as local counsel. (Doc. 3.) Ms. Schwartz's application appears to be in order.

Accordingly, IT IS ORDERED that the motion (Doc. 3) is GRANTED on the condition that Ms. Schwartz do her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Schwartz, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 21st day of November, 2019.

Dana L. Christensen, Chief Judge
United States District Court