IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

MAY 2 2 2020

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>      Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE ANIMAL AND PLANT HEALTH INSPECTION SERVICE, et al.,<br><br>      Defendant. | CV 19–187–M–DLC<br><br><br>ORDER |

Pursuant to the Parties' Stipulation of Dismissal of All Claims with Prejudice (Doc. 17),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot. The Court retains jurisdiction over this case for the sole purpose of enforcing compliance with the terms of the Settlement Agreement (*See* Doc. 16).

DATED this 22nd day of  May, 2020.

Dana L. Christensen, District Judge
United States District Court